DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
OSCAR GONZALEZ-OSNAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR. S-11-482-LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| OSCAR GONZALEZ-OSNAYA | ) |
| Defendant. | ) |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on February 22, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney, Michele Beckiwth.

Defendant Oscar Gonzalez-Osnaya, who was present and in custody, was represented by Assistant Federal Defender Courtney Fein.

Defense counsel requested that the matter be set for further status conference on March 6, 2012, at 9:15 a.m.

The parties agreed on the need for additional time to

1  allow for defense preparation.
2      **IT IS HEREBY ORDERED** that this matter be set for further
3  status conference on March 6, 2012, at 9:15 a.m.
4      **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161
5  (h)(7)(A) and (B)(iv), and Local Code T4, the period from
6  February 22, 2012, up to and including March 6, 2012, is
7  excluded from the time computations required by the Speedy
8  Trial Act due to counsel preparation. The court finds that
9  the ends of justice served by granting this continuance
10 outweigh the best interest of the defendant and the public in
11 a speedy trial.

13 DATED: March 2, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT