1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   OSCAR GONZALEZ-OSNAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S. 11-482-LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| OSCAR GONZALEZ-OSNAYA | ) | Date: March 20, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for OSCAR GONZALEZ-OSNAYA, that the status conference hearing date of March 6, 2012, be vacated, and the matter be set for status conference/change of plea on March 20, 2012, at 9:30 a.m.

The reason for the continuance is defense counsel completed a jury trial yesterday and was unable to consult with Mr. Gonzalez while engaged in trial.  Counsel will have more time to review the case with Mr. Gonzalez-Osnaya now that she is no longer engaged in trial and believes that these two weeks will be sufficient time to accomplish this.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 3, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

Local Code T4 based upon continuity of counsel.

DATED:  March 2, 2012.              Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender

                                    /s/ Courtney Fein
                                    COURTNEY FEIN
                                    Assistant Federal Defender
                                    Designated Counsel for Service
                                    Attorney for BRIJIDO HERNANDEZ-REYES

DATED:  March 2, 2012.              BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Michele Beckwith
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 6, 2012, status conference hearing be continued to March 20, 2012 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 20, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 2, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT